UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LAFARGA,<br><br>Plaintiff,<br><br>vs.<br><br>SOURCE INTERLINK MAGAZINES, LLC, LOWRIDER ARTE MAGAZINE, JOHN DOE PRINTER, JOHN DOE DISTRIBUTOR, JOHN DOE VENDOR, EDGAR HOILL, LORRAINE McCRAIN, JOHN JARASA,<br><br>Defendants. | Case No. SACV11-1501 DOC (MLGx)<br><br>Hon. David O. Carter<br><br>**JUDGMENT [40]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's July 18, 2014 Order [Doc. 39], granting Defendant Source Interlink Magazine, LLC's ("Source") *ex parte* application to dismiss

-1-
**JUDGMENT**

1  [Doc. 32] and Source's motion to dismiss pursuant to Rules 12(b)(6), 12(e), and
2  41 [Doc. 35], IT IS ORDERED AND ADJUDGED:
3      1.    That judgment be entered in favor of Defendants and that Plaintiff
4  take nothing on his Complaint;
5      2.    That all of Plaintiff's claims, and claims potentially asserted, against
6  any and all Defendants, be DISMISSED WITH PREJUDICE; and
7      3.    That Defendants are entitled to recover their Costs pursuant to
8  statute.
9      The Court orders that such judgment be entered.
10      IT IS SO ORDERED.

Dated: **August 19, 2014**      _/s/ David O. Carter_

                                    Hon. David O. Carter

4832-1230-4156, v. 1

**JUDGMENT**